## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Roland Mitchell, | : |
| Plaintiff, | : Case No. 11-cv-40101-FDS |
| v. | : |
| Midland Credit Management, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, Roland Mitchell, against Defendant, Midland Credit Management, Inc., in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated:  December 14, 2011          RESPECTFULLY SUBMITTED,

By:  \_/s/ David R. Jackowitz
David R. Jackowitz, B.B.O. No. 567279
Shaevel & Krems, LLP
141 Tremont Street
Boston, MA 02111
Telephone: (617) 556-0244
Fax: (617) 556-0284
djackowitz@shaevelkrems.com
Attorneys for Plaintiff

        By:  /s/ William T. Bogaert
            William T. Bogaert, Esq., BBO # 546321
            William.Bogaert@wilsonelser.com
            Kara Thorvaldsen, BBO # 660723
            Kara.Thorvaldsen@wilsonelser.com
            WILSON, ELSER, MOSKOWITZ
            EDELMAN & DICKER LLP
            260 Franklin Street
            Boston, MA 02110
            (617) 422-5300

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2011, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System. A true and correct copy was electronically submitted by way of the CM/ECF to all counsel of record.

        By:  /s/ David R. Jackowitz
            David R. Jackowitz